# Court of Appeals
# of the State of Georgia

ATLANTA, March 03, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1204. MADDISION FREEMAN v. THE BOYS AND GIRLS CLUB OF BULLOCH COUNTY, INC.**

After appellant Maddison Freeman failed to file her brief and enumerations of error within the time provided by Court of Appeals Rule 23(a), this Court ordered Freeman to file her brief and enumeration of errors no later than 4:30 p.m. on February 24, 2026. We cautioned that Freeman's failure to file by that time "shall result in dismissal of the appeal." Freeman has failed to timely comply with this Court's order and this appeal is hereby DISMISSED. See *Tolbert v. Tolbert*, 234 Ga. 708 (217 SE2d 162) (1975).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/03/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*